**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1511**

CHRISTOPHER RAMSAY,

                    Plaintiff - Appellee,

          v.

ROBERTA L. GARCIA-GUAJARDO; STEVEN GUAJARDO,

                    Defendants - Appellants,

          and

SANIBEL & LANCASTER INSURANCE, LLC; GARY J. HUNTER,

                    Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.   Mark S. Davis, District Judge. (2:11-cv-00207-MSD-LRL)

Submitted: August 20, 2015          Decided:  August 24, 2015

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Roberta L. Garcia-Guajardo; Steven Guajardo, Appellants Pro Se. James R. Theuer, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roberta L. Garcia-Guajardo and Steven Guajardo appeal the district court's order denying their Fed. R. Civ. P. 60(b)(3), (4), and (d)(3) motions to set aside the judgment against them. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Ramsey v. Garcia-Guajardo, No. 2:11-cv-00207-MSD-LRL (E.D. Va. May 5, 2015). We deny Appellants' motion for a stay pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED